UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAN WEESE and CHERYL SULT-WEESE,

    Plaintiffs,

v.

    Case No. 1:17-cv-1121

    HON. JANET T. NEFF

KALAMAZOO METRO TRANSIT,

    Defendant.
_____/

## ORDER

This is a civil action filed by *pro se* litigants. On January 17, 2018, the Magistrate Judge issued a Report and Recommendation, recommending that Plaintiffs' complaint be dismissed with prejudice for failure to state a claim upon which relief may be granted, and that an appeal of this matter would not be taken in good faith. The Report and Recommendation was duly served on Plaintiffs. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 7) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Complaint is DISMISSED with prejudice for failure to state a claim upon which relief may be granted.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated: February 6, 2018            /s/ Janet T. Neff
                                   JANET T. NEFF
                                   United States District Judge